WAYNE COUNTY PRODUCE COMPANY, Appellant, v. GORDON-O'NEILL COMPANY, INC., Respondent.— In an action to restrain defendant, respondent, from using in trade the name Wayne County or Wayne, plaintiff appeals from so much of the judgment as denies an injunction completely restraining such use in connection with beverages and food products, the court in its decree having permitted defendant to use the name Wayne County on condition that it clearly indicate that the products sold or advertised by the defendant, respondent, were not products of the plaintiff, appellant. Judgment modified so as to provide that the defendant shall be forever enjoined and restrained from using the name Wayne County or Wayne in any business or trade transacted, conducted or done by it, in or in relation to any beverage or any food product, and from using either of said names in advertising such business or trade, or in advertising any beverage or any food product; and as so modified affirmed, in so far as an appeal is taken therefrom, with costs to the appellant. Findings of fact inconsistent herewith are reversed; conclusions of law inconsistent herewith are disapproved; new findings and conclusions will be made. We are of opinion that plaintiff is entitled to all the relief demanded in the complaint without regard to whether or not there is actual competition between the parties in relation to their respective products. (*Forsythe Co., Inc.*, v. *Forsythe Shoe Corp.*, 234 App. Div. 355; modfd. and affd., 259 N. Y. 248; *Tiffany & Co.* v. *Tiffany Productions, Inc.*, 147 Misc. 679; affd., 237 App. Div. 801; affd., 262 N. Y. 482; *Yale Electric Corporation* v. *Robertson*, 26 F. [2d] 972.) Lazansky, P. J., Young, Hagarty, Johnston and Taylor, JJ., concur. Settle order on notice.

### (December 8, 1936.)

HONIG, MYERS & Co., INC., a Domestic Corporation, Respondent, v. L. W. MINFORD & Co., INCORPORATED, a Domestic Corporation, Appellant.— On argument, order denying defendant's motion to strike the cause from the preferred jury calendar reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ., concur.

### (December 10, 1936.)

LAWRENCE HANFGARN, Respondent, v. GEORGE MARK, Appellant.— Motion for leave to appeal to the Court of Appeals denied, without prejudice. Motion for reargument granted and reargument set down for Monday, December 14, 1936. [See 248 App. Div. 325; *post*, p. 776.] Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.

### (December 15, 1936.)

GEORGE ARAB, Respondent, v. BUSH LUMBER & SUPPLY Co., Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Adel, JJ.